HUBIN, APPELLANT, *v.* HUBIN, APPELLEE.

[Cite as *Hubin v. Hubin* (2001), 92 Ohio St.3d 240.]

(Nos. 00–1406 and 00–1730—Submitted May 30, 2001—Decided July 11, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Pauly v. Pauly* (1997), 80 Ohio St.3d 386, 686 N.E.2d 1108.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Douglas B. Dougherty,* for appellant.

*Cloppert, Portman, Sauter, Latanick & Foley, Mark C. Collins* and *Rory P. Callahan,* for appellee.

*James A. Hanneman,* urging reversal for *amici curiae* Children's and Parents' Rights Association, Parents and Children for Equality, and Children's Rights Council of Ohio.

*Heather W. Tootle,* urging reversal for *amicus curiae* Edward C. Kehres.

*Michael R. Smalz,* Ohio State Legal Services Association, urging affirmance for *amici curiae* Association for Children for Enforcement of Support, Ohio Now Education and Legal Fund, Ohio Domestic Violence Network, and Action Ohio Coalition for Battered Women.